THE PEOPLE *v.* RANSOM N. JONES.

## THE PEOPLE VS. RANSOM N. JONES.

Perjury is complete as soon as the false oath is taken and the witness has been discharged.

The Court before which the perjury case is tried must determine the materiality of the testimony charged as false.

The pleadings in the case in which the false oath is taken need not be set forth in the information.

*Benzie Circuit, August Term,* 1869.

*J. W. Young and C. S Pratt,* for the People.

*Ramsdell & Benedict and N. W. Nelson,* for Defendant.

T. J. Ramsdell, for defendant, moved to quash the information :

1. Because the case in which the perjury is alleged to have been committed has not yet been tried, and therefore the materiality of the testimony has not been determined by that Court.

2. The information does not set forth the pleadings in the case in which the perjury is charged so that this Court can determine its materiality.

RAMSDELL, J.—The offense of perjury is complete as soon as the witness falsely testifying is discharged, and the People need not wait until the materiality of the false testimony is determined by the Court trying the case, before filing their information.

The materiality of the false testimony must be determined by the Court trying the perjury suit.

It is not necessary to set forth the pleadings in the information, the allegation that the question was material to the issue is sufficient, and being a necessary ingredient in the charge, must be proved on the trial.

Motion den ed.

### COSTS ON MOTION FOR NEW TRIAL.

*Macomb Circuit.*

Ordered, as a rule, that in cases of motion for a new trial, where overruled, it should be with ten dollars attorney fee, and other costs, except in special cases, this rule to apply to the Circuit. Such costs to be taxed as part of the costs on judgment.